UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RYAN TERVEER,<br><br>        Plaintiff,<br><br>    v.<br><br>S. BENAVIDES, et al.,<br><br>        Defendants. | Case No. 24-cv-00171-VC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

      Justin Terveer, an inmate at California Medical Center proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court reviewed the amended complaint and found that the allegations appeared to give rise to a state law claim regarding the deprivation of his property and Terveer could have claims regarding mental health care at his facility in the Eastern District of California. Terveer presented no cognizable federal claims that occurred in this district. The court dismissed the complaint with leave to amend for Terveer to file a second amended complaint curing the noted deficiencies.

      The time to amend has passed and Terveer has not filed a second amended complaint or otherwise communicated with the court. Accordingly, this complaint is dismissed without prejudice to pursue his state law claims and any claims in the Eastern District.

      The clerk shall issue a separate judgment and close the file.

      **IT IS SO ORDERED.**

Dated: May 24, 2024

                                                                VINCE CHHABRIA<br>
                                                                 United States District Judge